UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-5435-GW-PVCx | Date | July 29, 2025 |
|---|---|---|---|
| Title | *John Ho v. Steve Labourdette* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**


On July 29, 2025, Plaintiff John Ho filed a Notice of Settlement [12]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 60 days. The Court sets an order to show re: settlement hearing for October 2, 2025 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on September 30, 2025.

:

Initials of Preparer   JG